UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **RAFAEL GARCIA, on behalf of himself and others similarly situated,**<br><br>　　　　Plaintiff,<br><br>　v.<br><br>**COMMERCIAL ACCEPTANCE COMPANY,**<br><br>　　　　Defendants. | Civ. No. 2:19-cv-1058-WJM<br><br>**ORDER** |

　　　　**THIS MATTER** comes before the Court on the Third Circuit Court of Appeal's Order vacating and remanding for further consideration of the Article III standing Question. The parties consent to dismissing the action (ECF Nos.51, 52). **IT IS** on this 6th day of March 2023, **ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE** for lack of Article III jurisdiction.

*/s/ William J. Martini*
WILLIAM J. MARTINI, U.S.D.J.
